IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLIFTON ORLANDO SOLOMON                                                              PLAINTIFF

v.                                           Civil No. 4:18-cv-04001

OFFICER CAMPBELL, Miller County
Detention Center ("MCDC"); SERGEANT
SANDERS, MCDC; CAPTAIN ADAMS,
MCDC; and WARDEN WALKER, MCDC;
SHERIFF JACKIE REUNION; and
CORPORAL HENDERSON, MCDC                                                          DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Supplement his Complaint. (ECF No. 20). Plaintiff filed his Complaint pursuant to 42 U.S.C. § 1983 on January 4, 2018. (ECF No. 1). Defendants filed their Answer on March 1, 2018. (ECF No. 13). Plaintiff's motion to supplement alleges Defendant Warden Walker unlawfully opened his legal mail on March 19, 2018. (ECF No. 20). Plaintiff's motion sets out an occurrence that happened after the date of the Complaint. *See* Fed. R. Civ. Proc. 15(d). Accordingly, Plaintiff's Motion to Supplement the Complaint (ECF No. 20) is **GRANTED**.

**The Clerk is DIRECTED to file Plaintiff's Motion to Supplement Complaint (ECF No. 20) as a Supplement.**

**IT IS SO ORDERED** this 2nd day of April, 2018.

>   /s/ Barry A. Bryant
>   HON. BARRY A. BRYANT
>   UNITED STATES MAGISTRATE JUDGE