IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLIFTON ORLANDO SOLOMON                                              PLAINTIFF

v.                              Civil No. 4:18-cv-04001

OFFICER CAMPBELL, Miller County
Detention Center ("MCDC"); SERGEANT
SANDERS, MCDC; CAPTAIN ADAMS,
MCDC; and WARDEN WALKER, MCDC;
SHERIFF JACKIE REUNION; and
CORPORAL HENDERSON, MCDC                                             DEFENDANTS

# **ORDER**

Before the Court is Plaintiff's Motion for Subpoena. (ECF No. 36). Defendants have filed a Response in opposition to the motion. (ECF No. 39).

Plaintiff's motion asks the Court to subpoena video tape recorded on December 5, 2017, at the Miller County Detention Center involving an incident between Plaintiff and Defendant Campbell. Defendants state they have informed Plaintiff multiple times that the video does not exist. A party cannot be compelled to produce what does not exist.

Accordingly, Plaintiff's Motion to Compel (ECF No. 36) is **DENIED.**

**IT IS SO ORDERED this 18th day of May 2018.**

                                               /s/ Barry A. Bryant_____
                                               HON. BARRY A. BRYANT
                                               UNITED STATES MAGISTRATE JUDGE