IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLIFTON ORLANDO SOLOMON                                                         PLAINTIFF

v.                                          Civil No. 4:18-cv-04001

OFFICER CAMPBELL, Miller County
Detention Center ("MCDC"); SERGEANT
SANDERS, MCDC; CAPTAIN ADAMS,
MCDC; and WARDEN WALKER, MCDC;
SHERIFF JACKIE REUNION; and
CORPORAL HENDERSON, MCDC                                                        DEFENDANTS

**ORDER**

Before the Court are Plaintiff's Motions for Summary Judgment. (ECF Nos. 44, 45, 57, 58). The Court has reviewed the documents filed by Plaintiff and although there is not a pleading specifically entitled as a motion for summary judgment, the Court construes the pleadings which include two statements of fact and briefs in support thereof as an attempt to file motions for summary judgment.

Plaintiff's motions are premature. Discovery is still ongoing and Plaintiff has recently filed a motion to supplement his complaint. (ECF No. 59). The deadline for completing discovery is October 1, 2018. (ECF No. 52). Motions for summary judgment must be filed by October 29, 2018. *Id.* Plaintiff may submit a motion for summary judgment after discovery has been completed.

Accordingly, Plaintiff's Motions for Summary Judgment (ECF Nos. 44, 45, 58, 57) are **DENIED. Defendants are not required to respond to these pleadings.**

Further, the Clerk of the Court is **DIRECTED** to accept no further notices, amendments, supplements, or motions from Plaintiff without prior approval from the Court. Since the Initial

1

Scheduling Order was entered on June 1, 2018, Plaintiff has filed four motions, including a fourth motion to supplement his complaint. Plaintiff is not entitled to unlimited amendments or supplements to his Complaint. *Zenith Radio Corp.,* 401 U.S. 321, at 330–32 (1971). Allowing continuous amendments, supplements and frivolous motions would be unduly prejudicial to Defendants and impede the resolution of this matter.

**IT IS SO ORDERED this 19th day of June 2018.**

/s/ Barry A. Bryant_____
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE