IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLIFTON ORLANDO SOLOMON                                                              PLAINTIFF

v.                                    Civil No. 4:18-cv-4001

OFFICER CAMPBELL, Miller County
Detention Center ("MCDC"); CAPTAIN ADAMS,
MCDC; WARDEN WALKER, MCDC;
SHERIFF JACKIE REUNION; CORPORAL;
CORPORAL HENDERSON, MCDC;
SERGEANT GRIFFIE, MCDC; and OFFICER
HENSLEY, MCDC                                                                        DEFENDANTS

## ORDER

This is a civil rights action filed by Plaintiff Clifton Orlando Solomon pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's Motion to Dismiss certain Defendants. (ECF No. 54). Defendants have filed a Response indicating they have no objection to the motion. (ECF No. 61). The Court finds the matter ripe for consideration.

Plaintiff seeks to voluntarily dismiss Defendants Captain Adams, Sheriff Jackie Runion, and Corporal Henderson from this lawsuit. The Federal Rules of Civil Procedure allow a Plaintiff to dismiss an action, by Court order, on "terms that the Court considers proper." Fed. R. Civ. P. 41(a)(2). A dismissal under Rule 41(a)(2) is without prejudice unless the Court specifically orders otherwise. *Id.*

Upon consideration, the Court finds that good cause has been shown for the motion. Accordingly, Plaintiff's motion (ECF No. 54) is hereby **GRANTED**. Plaintiff's claims against Defendants Adams, Runion, and Henderson are hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's claims against all other Defendants shall remain.

**IT IS SO ORDERED**, this 27th day of June, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge