IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLIFTON ORLANDO SOLOMON                                                    PLAINTIFF

v.                                      Civil No. 4:18-cv-04001

OFFICER CAMPBELL, Miller County
Detention Center ("MCDC"); SERGEANT
SANDERS, MCDC; CAPTAIN ADAMS,
MCDC; and WARDEN WALKER, MCDC;
SHERIFF JACKIE REUNION; CORPORAL
HENDERSON, MCDC; SERGEANT GRIFFIE,
MCDC; and OFFICER HENSLEY, MCDC                                          DEFENDANTS

**ORDER**

Before the Court is Defendants' Motion for Protective Order. (ECF No. 69). Plaintiff has filed an objection and response. (ECF No. 72).

Defendants state Plaintiff has propounded voluminous sets of discovery to Defendants exceeding the number permitted under the Federal Rules of Civil Procedure which are duplicative and harassing. Defendants ask the Court to strike Plaintiff's June 26, 2018, Interrogatories and Request for Production (ECF No. 69-9, pp. 1-7), strike the July 5, 2018, correspondence/request for production (ECF. 69-10, pp. 1-3), and enter a protective order limiting Plaintiff to the number of discovery requests as allowed by the Federal Rules of Civil Procedure. Plaintiff objects to the motion stating he has sought production of certain electronically stored information and video footage but Defendants continue to refuse to produce the information.

Federal Rule of Civil Procedure 26 (c) (1) governs the issuance of protective orders and requires a movant to include a certification that the movant has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action.

Defendants did not include any certification that they have conferred with Plaintiff prior to filing their motion. Accordingly, Defendants' Motion for Protective Order (ECF No. 69) is **DENIED**.

However, a review of the exhibits attached to Defendants' motion clearly shows Plaintiff is submitting duplicative and harassing requests and correspondence. Therefore, the Court will grant Defendants' request to strike Plaintiff's June 26, 2018, Interrogatories and Request for Production (ECF No. 69-9, pp. 1-7), and the July 5, 2018, correspondence/request for production. (ECF No. 69-10, pp. 1-3). Defendants are not required to respond to these requests.

**In addition, the Court will limit Plaintiff to the following number of additional discovery requests: 5 interrogatories, 5 requests for production, and 5 requests for admission to each Defendant. These discovery requests must be submitted to Defendants on or before August 31, 2018.**

**IT IS SO ORDERED this 2nd day of August 2018.**

/s/ Barry A. Bryant\
HON. BARRY A. BRYANT\
UNITED STATES MAGISTRATE JUDGE