IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLIFTON ORLANDO SOLOMON                                                    PLAINTIFF

v.                                    Civil No. 4:18-cv-04001

OFFICER CAMPBELL, Miller County
Detention Center ("MCDC"); SERGEANT
SANDERS, MCDC; WARDEN WALKER,
MCDC; SERGEANT GRIFFIE, MCDC; and
OFFICER HENSLEY, MCDC                                                     DEFENDANTS

## JUDGMENT

For the reasons stated in the Memorandum Opinion of even date, Plaintiff's Motion for Summary Judgment (ECF No. 77) is **DENIED**, and Defendants' Motion for Summary Judgment (ECF No. 83) is **GRANTED**. Plaintiff's claims against all Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED,** this 26th day of February, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge